CLARENCE H. FAY et al., as Trustees under the Will of JOHN CROWELL, Deceased, Respondent, *v.* ANNE F. MOEHLENPAH, Appellant.

(Submitted April 15, 1935; decided April 23, 1935.)

*Emanuel Kintisch* for motion.
*Maurice V. Seligson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking within ten days, in which event the motion is denied.